IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY L. CLARK, | 1:11-cv-01007-GSA (PC) |
| Plaintiff, | ORDER TO SUBMIT APPLICATION TO PROCEED IN FORMA PAUPERIS OR PAY FILING FEE WITHIN THIRTY DAYS |
| vs. | |
| R. C. GOMEZ, et al., | |
| Defendants. | |

Plaintiff is a state prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On June 17, 2011, Plaintiff filed the complaint commencing this action, together with a copy of his prison trust account statement. (Docs. 1, 2.) However, Plaintiff did not submit an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. The Court will provide plaintiff with an application to complete and return to the Court within thirty days. In the alternative, Plaintiff may pay the $350.00 filing fee for this action

Accordingly, IT IS HEREBY ORDERED that:

Within thirty (30) days of the date of service of this order, plaintiff shall submit the attached application to proceed in forma pauperis, completed and signed, or in the alternative, pay the $350.00 filing fee for this action. Plaintiff is not required to submit another copy of his trust account statement, **No requests for extension will be granted without a showing of good cause, and failure to comply with this order will result in dismissal of this action.**

IT IS SO ORDERED.

Dated:   June 23, 2011         /s/ Gary S. Austin
                               UNITED STATES MAGISTRATE JUDGE